612

*Assistant Attorney General Wideman,* and *Messrs. James W. Morris* and *John G. Remey* for respondent.

No. 418.   LAURENT, RECEIVER, ET AL. *v.* STITES, TRUSTEE IN BANKRUPTCY.   November 5, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. David R. Castleman* for petitioners.   *Mr. Elwood Hamilton* for respondent.

No. 419.   SKELLY OIL Co. *v.* UNIVERSAL OIL PRODUCTS Co.   November 5, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied.   *Messrs. Dean S. Edmonds, William H. Davis, W. P. Z. German,* and *Alvin F. Molony* for petitioner. *Messrs. Thomas G. Haight* and *William F. Hall* for respondent.

No. 420.   CINCINNATI, NEWPORT & COVINGTON RY. Co. *v.* COVINGTON ET AL.; and

No. 421.   COVINGTON ET AL. *v.* CINCINNATI, NEWPORT & COVINGTON RY. Co.   November 5, 1934.   Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Messrs. John Weld Peck, Frank M. Tracy, Charles W. Milner, Matt Herold,* and *Chester J. Gerkin* for Cincinnati, Newport & Covington Ry. Co. *Messrs. Stephens L. Blakely* and *Charlton B. Thompson* for Covington et al.

No. 422.   CINCINNATI, NEWPORT & COVINGTON RY. Co. *v.* CINCINNATI ET AL.   November 5, 1934.   Petition for writ of certiorari to the Circuit Court of Appeals for the